Decision Per Curiam.

---

William K. Hyde and Robert G. Squires, partners doing business under the firm name and style of Hyde & Squires, Plaintiffs in Error, vs. Lewis K. Riley and Frank C. Groover, partners doing business un-

der the firm name and style of Riley, Groover & Co,. Defendants in Error.

Writ of error to Circuit Court Duval county.

*W. H. Baker*, for Plaintiffs in Error.
*A. W. Cockrell & Son*, for Defendants in Error.

This action was brought by the plaintiffs in error against the defendants in error. There was judgment for the defendants, and the plaintiffs take writ of error. The judgment is affirmed.